In the Matter of the Petition of ROSE EITINGON.

In the Matter of the Accounting of MOTTY EITINGON et al., as Surviving Trustees of a Trust for ROSE EITINGON. MOTTY EITINGON et al., Individually and as Executors and Trustees, Appellants; ROSE EITINGON et al., Respondents.

Argued January 7, 1947; decided February 20, 1947.

*Monroe Goldwater, George P. Halperin, Daniel Katz* and *Eugene V. Weissman* for Motty Eitingon et al., individually, appellants.

*Arthur Garfield Hays* and *James R. Cherry* for Motty Eitingon et al., as executors of Solomon Schild, deceased, appellants.

*Kenneth J. Mullane* and *William T. Griffin* for Rose Eitingon Field, respondent.

*Morris J. Bricker* and *Samuel Levy,* special guardians for Joan Goldstein and another, respondent.

An order or decree of a Surrogate's Court vacating a prior decree in an accounting proceeding, and ordering or contemplating further proceedings on the account, is not a final order in a special proceeding within the meaning of the Constitution. Anything to the contrary in *Matter of Tilden* (98 N. Y. 434) is hereby overruled. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.